# IN THE SUPREME COURT OF THE STATE OF NEVADA

PASQUAL ANDRES MCMURRY,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 78907

**FILED**

JUL 10 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S.Young___
DEPUTY CLERK

## *ORDER DENYING PETITION*

This pro se petition for a writ of certiorari challenges this court's decision in *McMurry v. State*, Docket No. 72805 (Order of Affirmance, February 22, 2019). A petition for a writ of certiorari cannot be used to seek this court's review of one of its own decisions. NRS 34.020. Accordingly, we ORDER the petition DENIED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:     Pasqual Andres McMurry
        Attorney General/Carson City
        Clark County District Attorney

_____

[1]In light of our disposition, petitioner is not required to provide proof of service.

19-29285